# ATTACHMENT A

The property located at 34 Crystal Way, Bellingham MA 02019 ( the "Target Location") is a three-level single-family, attached, townhome-style condominium located in Crystal Springs Condominium Complex in the town of Bellingham, MA. The exterior of the Target Location has vinyl siding, which is a light tan color, with white shutters and a bay window to the right of the front door when looking at the unit from Crystal Way. The front door is white and the number 34 is displayed to the right of the front door when facing the Target Location from Crystal Way.

